UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AHERN RENTALS, INC., | Case No. 2:21-cv-01503-JCM-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| KAELA BILODEAU, | |
| Defendant. | |

Pending before the Court is Plaintiff's Emergency Motion for Leave to Conduct Limited Expedited Discovery and for an Order to Preserve Evidence (the "Motion"). ECF No.12. On August 19, 2021, the Court entered a Minute Order requiring Defendant to respond to Plaintiff's Motion no later than August 25, 2021. ECF No. 19. No response to Plaintiff's Motion was filed as of the date of this Order.

Under United States District Court for the District of Nevada Local Rule 7-2(d), Defendant's failure to file points and authorities in opposition to Plaintiff's Motion is properly treated by the Court as Defendant's consent to that Motion.

Accordingly, IT IS HEREBY ORDERED that the Emergency Motion for Leave to Conduct Limited Expedited Discovery and for an Order to Preserve Evidence (ECF No.12) is GRANTED.

IT IS FURTHER ORDERED that:

1. Plaintiff shall be permitted to propound, **via electronic mail**, written discovery requests, attached as Exhibits 6 and 7 (Plaintiff's First Set of Expedited Interrogatories and Plaintiff's First Set of Expedited Requests for Production of Documents), on Defendant within **three (3)** days of the date of this Order;

2. Defendant shall respond, **via electronic mail or hand delivery**, to the written discovery no later than **September 16, 2021**;

1

3. Plaintiff shall be permitted to take the oral deposition of Defendant Kaela Bilodeau on **September 20, 2021** or any other date mutually agreed to by the parties prior to September 23, 2021. The deposition shall be limited in duration to 2 hours; and,

4. Defendant shall preserve, maintain, and protect in their present state from destruction, modification, or alteration, any and all documents and things described in Exhibits 6 and 7.

IT IS FURTHER ORDERED that if Defendant wishes to conduct any discovery prior to September 23, 2021, Defendant shall first discuss the same with Plaintiff. If the parties cannot come to an agreement, Defendant may promptly file a request with the Court identifying with specificity what discovery it wishes to conduct.

IT IS FURTHER ORDERED that the hearing set for **September 1, 2021 at 3 p.m.** via Zoom is **VACATED**.

Dated this 30th day of August, 2021

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE