CHARLES H. WILSON, ESQ., Texas Bar # 00797678
LITTLER MENDELSON, P.C.
1301 McKinney Street, Suite 1900
Houston, TX 77010-3031
Telephone:      713.951.9400
Fax No.:        713.951.9212
Email: ChaWilson@littler.com

AMY L. THOMPSON, ESQ., Bar # 11907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169-5937
Telephone:      702.862.8800
Fax No.:        702.862.8811
Email: athompson@littler.com

Attorneys for Plaintiff
AHERN RENTALS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AHERN RENTALS, INC.,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>Kaela Bilodeau,<br><br>　　　　　　　Defendant. | Case No.: 2:21-cv-01503-CDS-EJY<br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**[FIRST REQUEST]** |

　　　　Plaintiff AHERN RENTALS, INC. and Defendant KAELA BILODEAU, by and through their undersigned counsel, hereby stipulate to extend the dispositive motion deadline from the current deadline of May 30, 2022, by 30 days to **June 29, 2022**. There is good cause for entering into this stipulation as the parties have reached a settlement in principal and are close to finalizing a settlement agreement. This is the first request for an extension of time with respect to the dispositive motion deadline, and Ahern's second request for an extension of time as it relates to the scheduling order.[1]

---

[1] Plaintiff previously filed a motion to extend the discovery deadline which was granted on March 20, 2022. (ECF No. 52).

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: May 24, 2022.

Respectfully submitted,

*s/ Gregg M. Rosenberg*
GREGG M. ROSENBERG, ESQ.
ROSENBERG & ASSOCIATES

Attorney for Defendant
KAELA BILODEAU

Respectfully submitted,

*s/ Amy L. Thompson*
CHARLES H. WILSON, ESQ.
AMY L. THOMPSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Plaintiff
AHERN RENTALS, INC.

**IT IS SO ORDERED.**

Dated: May 25, 2022

_____
U.S. MAGISTRATE JUDGE

4857-3722-0897.2 / 099283-1063

2.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800