1   CHARLES WILSON, ESQ., Texas Bar # 00797678
    LITTLER MENDELSON, P.C.
2   1301 McKinney Street
    Suite 1900
3   Houston, TX 77010-3031
    Telephone:     713.951.9400
4   Fax No.:        713.951.9212
    Email: ChaWilson@littler.com
5
    AMY L. THOMPSON, ESQ., Bar # 11907
6   LITTLER MENDELSON, P.C.
    3960 Howard Hughes Parkway
7   Suite 300
    Las Vegas, NV  89169-5937
8   Telephone:     702.862.8800
    Fax No.:        702.862.8811
9   Email: athompson@littler.com

10  Attorneys for Plaintiff
    AHERN RENTALS, INC.

11

12                    **UNITED STATES DISTRICT COURT**

13                         **DISTRICT OF NEVADA**

14

15  AHERN RENTALS, INC.,                    Case No.: 2:21-cv-01503-CDS-EJY

16                      Plaintiff,
                                            **STIPULATION AND ORDER TO**
17  vs.                                     **DISMISS ENTIRE ACTION WITH**
                                            **PREJUDICE**
18  Kaela Bilodeau,

19                      Defendant.

20

21          Plaintiff, AHERN RENTALS, INC. and Defendant, KAELA BILODEAU, by and through

22  their respective counsel of record, hereby stipulate and respectfully request an order dismissing the

23  entire action with prejudice.

24          The parties agree that no party to this stipulation shall be deemed to be a prevailing party in

25  this action and that no party will file for an award of attorneys' fees or costs pursuant to any rule,

26  statute, or law, whether local, state, or federal, in any forum that would be available for the claims

27  dismissed by this stipulation.

28  / / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

1

2

     Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

3   Dated:  June 14, 2022

4   Respectfully submitted,            Respectfully submitted,

5   */s/ Gregg, M. Rosenberg, Esq.*      */s/ Amy L. Thompson, Esq.*

6   GREGG M. ROSENBERG, ESQ.     CHARLES H. WILSON, ESQ.
     ROSENBERG & ASSOCIATES      AMY L. THOMPSON, ESQ.

7                         LITTLER MENDELSON, P.C.
     Attorney for Defendant

8   KAELA BILODEAU            Attorneys for Plaintiff

9                         AHERN RENTALS, INC.

10                       **IT IS SO ORDERED.**

11                       Dated:  June 16, 2022

12

13

14                       U.S. DISTRICT JUDGE

15   4869-2126-2624.1 / 099283-1063

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas  NV  89169-5937
702.862.8800